JOHN H. VON KETTLER

*v.*

MADISON Y. JOHNSON.

APPEAL from the Circuit Court of Jo Daviess county; the Hon. BENJAMIN R. SHELDON, Judge, presiding.

Messrs. MARVIN & HEMPSTEAD, for the appellant.

Mr. M. Y. JOHNSON, *pro se.*

Mr. JUSTICE SCOTT delivered the opinion of the Court:

The questions involved in this case are substantially the same as those in the preceding one, and need not be discussed again.

The judgment is reversed and the cause remanded, with leave to the defendant to amend his special pleas.

*Judgment reversed.*